IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 




NO. 3-93-120-CR




JOSEPH CENTOFANTI,



 APPELLANT


vs.




THE STATE OF TEXAS,



 APPELLEE


 



FROM THE DISTRICT COURT OF LAMPASAS COUNTY, 27TH JUDICIAL DISTRICT



NO. 6196, HONORABLE JOE CARROLL, JUDGE PRESIDING


 





PER CURIAM


 This is an appeal from a conviction for indecency with a child. Punishment was
assessed at confinement for twenty years.

 Appellant has filed a motion to withdraw the appeal. No decision of this Court has
been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).



[Before Chief Justice Carroll, Justices Aboussie and Jones]

Dismissed on Appellant's Motion

Filed: May 5, 1993

[Do Not Publish]